### BERGMAN v. STATE. (No. 11470.)

Court of Criminal Appeals of Texas. Dec. 21, 1927.

**Criminal law ⬯1038(1), 1090(1)—Nothing is presented for review where record contains no statement of facts, bills of exceptions, or objections. to instructions.**

Where, on appeal, the record in a criminal prosecution contains no statement of facts, bills of exception, or objection to the court's instructions to the jury, nothing is presented for review.

Appeal from District Court, Knox County; Isaac O. Newton, Judge.

E. C. Bergman, alias George Burgess, was convicted of robbery by the use of firearms, and he appeals. Affirmed.

T. W. Templeton, of Benjamin, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. The indictment charged appellant with robbery of Brooks Chesser of $1,980 by the use of firearms. Upon conviction punishment was assessed at 50 years in the penitentiary.

The record is before us without statement of facts or bills of exception or objection to the court's instructions to the jury. In such condition nothing is presented for review. An affirmance of the judgment is ordered.